**Opinion issued February 9, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00090-CV

_____

### MONA WILSON, Appellant

### V.

### GUADALUPE LIZETH LOPEZ GONZALEZ, Appellee

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1155151**

---

## MEMORANDUM OPINION

Appellant, Mona Wilson, has filed a notice of appeal from the trial court's

January 5, 2022 judgment. Appellant has failed to timely file a brief. *See* TEX. R.

APP. P. 38.6(a) (governing time to file brief).

The clerk's record was filed on March 7, 2022, and on March 11, 2022, the court reporter notified the Court that no reporter's record was taken in this case. Accordingly, appellant's brief was due to be filed on or before April 11, 2022. *See* TEX. R. APP. P. 38.6(a). Appellant did not file an appellant's brief.

On April 13, 2022, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). On May 13, 2022, appellant was again notified that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 42.3(c). Despite the notices that this appeal was subject to dismissal, appellant did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.